UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Y.O-U., individually and on behalf of her child Z.U., a minor,

        Plaintiffs,

-v-

NEW YORK CITY DEP'T OF EDUCATION,

        Defendant.

CIVIL ACTION NO. 23 Civ. 9417 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Thursday, June 20, 2024 at 12:30 p.m.** on the Court's conference line.  The parties are directed to call:  (866) 390-1828; access code:  380-9799, at the scheduled time.  At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:	New York, New York
	June 12, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge